# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**LEON VALENTINO COLEMAN**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:11CV35-LG-RHW**

**MIKE BYRD, et al.**                                                    **DEFENDANT**


## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [9] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [9] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court.  This lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 4th day of January, 2012.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge